Commonwealth ex rel. Thompson, Appellant, *v.*
Hendrick.

Argued November 20, 1970. Before BELL, C. J.,
JONES, COHEN, O'BRIEN and POMEROY, JJ.

*Ronald J. Brockington*, with him *Edmund DePaul*,
for appellant.

*Peter S. Greenberg*, Assistant District Attorney,
with him *Milton M. Stein*, Assistant District Attorney,
*James D. Crawford*, Deputy District Attorney, *Richard
A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

ORDER PER CURIAM, March 18, 1971:
Appeals quashed. Cf. *Commonwealth v. Boswell*,
441 Pa. 610, 272 A. 2d 728 (1971); *Commonwealth ex
rel. Austin v. Hendrick*, 440 Pa. 236, 269 A. 2d 750
(1970); and *Commonwealth ex rel. Gordy v. Lyons*,
434 Pa. 165, 252 A. 2d 197 (1969).

Mr. Justice EAGEN and Mr. Justice ROBERTS took no part in the consideration or decision of this case.

Mr. Justice COHEN took no part in the decision of this case.